# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MIGUEL CARDOSO, | ) |
| Petitioner, | ) ) ) |
| vs. | ) Case No. CIV-14-618-M ) |
| TRACY MCCOLLUM, et al., | ) ) |
| Respondents. | ) |

## ORDER

On May 26, 2015, United States Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeing a writ of habeas corpus. The Magistrate Judge recommended that the Petition for Writ of Habeas Corpus be denied and that petitioner's motion to compel and motion for judicial notice of adjudicative facts be denied as moot. Petitioner was advised on his right to object to the Report and Recommendation by June 15, 2015. After receiving an extension of time, petitioner filed his objection on September 11, 2015, objecting to the Report and Recommendation in its entirety.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 16] issued by the Magistrate Judge on May 26, 2015;

(2) DENIES the Petition for Writ of Habeas Corpus; and

(3) DENIES petitioner's Motion to Compel [docket no. 14] and petitioner's Motion for Judicial Notice of Adjudicative Facts [docket no. 15] as moot.

**IT IS SO ORDERED this 28th day of September, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE